UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :

JANE DOE,                                    :

                      Plaintiff,         :

                                                    :           24-CV-7977 (VSB)
          - against -            :

                                                    :                 **ORDER**

SEAN COMBS, *et al.*,                :

                                                    :

                     Defendants.  :

                                                    :
------------------------------------------------------------X

<u>VERNON S. BRODERICK,</u> United States District Judge:

        On October 20, 2024, Plaintiff filed this action pseudonymously. (Doc. 1.) I initially permitted the filing of the complaint and summonses to be issued pseudonymously without a motion. On October 24, 2024, Plaintiff filed a motion for leave to proceed anonymously. (Doc. 20.) Plaintiff has not yet filed affirmations of service on any Defendant related to the complaint or subsequent motion, and no Defendant has appeared.

        "In determining whether a plaintiff may remain anonymous, the Court must balance 'the plaintiff's interest in anonymity . . . against both the public interest in disclosure and any prejudice to the defendant.'" *Doe v. Combs*, No. 24-CV-7973 (S.D.N.Y. Oct. 25, 2024), ECF No. 17 (quoting *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008)). Plaintiff's interest in anonymity stems from her allegations that she was drugged and raped by Sean Combs—a celebrity now under indictment for sex trafficking—and possibly one or more of his associates. (*See* Doc. 1 ¶¶ 35–52.) She argues that disclosing her identity will cause her to re-live the trauma of being raped, subject her to unwanted media attention, and expose her to potential retaliation. (*See* Doc. 22 at 4–6.) The motion is unopposed at this time, so any

objection Defendants may have to the motion, including the extent of any prejudice Defendants may claim to face, is unclear. Accordingly, it is hereby:

ORDERED that Plaintiff's motion to proceed anonymously is GRANTED pending Defendants' appearance. No later than seven (7) days following Defendants' appearance, Plaintiff shall file a letter on the docket indicating whether she intends to either renew her motion on the papers already submitted or file new motion papers.

IT IS FURTHER ORDERED that Defendants shall file any opposition to the motion to proceed anonymously no later than twenty-one (21) days after being served with the complaint. I will then reconsider Plaintiff's motion.

SO ORDERED.

Dated: November 4, 2024
    New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge